RECEIVED

OCT 12 2007

Property of U.S. District Court
District of Rhode Island

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: Bruce E. Thunberg :
Debtor :

BK No.00-12818
Chapter 7

CA 07 379ML

Lisa A. Geremia, Trustee
Plaintiff

v.

Wakefield Mill Building Inc. :
Defendant

A.P. 02-1046

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

__X__ Appeal Coversheet

__X__ The Notice of Appeal and Appellant's Election Form

__X__ Copy of Bankruptcy Court Order and Judgment dated__________

__X__ Certified Copy of docket.

____ Other______________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 10/15/2007. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 10/9/2007

By: Carolyn A. Sweeney