CA 07 379 ML

Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 00-12818 [CA] A.P. # 02-1046

2. Title of Bankruptcy Case Bruce E. Thunberg (BK)

3. Appellant: Wakefield Mill Building Inc.

   Name & Address of Counsel for Appellant(s):

   Charles S. Beal
   Cameron & Mittleman
   56 Exchange Terrace
   Providence RI 02903

4. Appellee: Lisa A. Geremia

   Name & Address of Counsel for Appellee(s):

   John Boyajian, Andrew S. Richardson, Alden C. Harrington
   Boyajian, Harrington & Richardson
   182 Waterman Street, Providence RI 02906

5. Additional Counsel: Stephen R. Famiglietti, Robert D. Goldberg

   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes___ No___

7. Special Comments: