UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: BRUCE E. THUNBERG, Debtor | Chapter 7<br>Bankruptcy Case No. 00-12818 |
| LISA A. GEREMIA, Trustee, Plaintiff, | CA 07 379ML |
| v. | A.P. No. 02-1046 |
| WAKEFIELD MILL BUILDING, INC., Defendant. | |

**NOTICE OF APPEAL**

Now comes Wakefield Mill Building, Inc. and appeals, pursuant to 28 U.S.C. § 158 (a)(1), Fed. R. Bankr. P. 8001 and 8002 and R.I. LBR 8001-1 from the Judgment that was entered on the docket of the U.S. Bankruptcy Court for the District of Rhode Island on September 27, 2007 in this Adversary Proceeding and matter, a copy of which is annexed hereto as Exhibit A, incorporating the Orders entered on that same date and the Opinion and Order of the Court, entered after trial.

The names of all parties to said Order, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

Defendant/Appellant, Wakefield Mill Building, Inc.
Charles S. Beal, Esq. (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700

Debtor/Appellee, Bruce E. Thunberg
Stephen R. Famiglietti, Esq.
FAMIGLIETTI & CARLIN LTD.
132 Old River Road, Suite 205
Lincoln, RI 02865
(401) 335-4550

Chapter 7 Trustee's Counsel
Robert D. Goldberg, Esq.
Goldberg Law Offices
226 Cottage Street
P.O. Box 557
Pawtucket, Rhode Island 02862-0557
(401) 728-1510

Chapter 7 Trustee
Lisa Geremia, Esq.
Geremia & DeMarco Ltd.
1350 Division Road
Warwick, RI 02893
(401) 885-1444

WAKEFIELD MILL BUILDING, INC.,

By Its Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: October 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2007, a true copy of the within was sent, via electronic transmission, to:

Stephen R. Famiglietti, Esq.
FAMIGLIETTI & CARLIN LTD.
132 Old River Road, Suite 205
Lincoln, RI 02865

Robert D. Goldberg, Esq.
Goldberg Law Offices
226 Cottage Street, P.O. Box 557
Pawtucket, RI 02862-0557

Lisa Geremia, Esq.
Geremia & DeMarco Ltd.
1350 Division Road
Warwick, RI 02893

Andrew Richardson, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

/s/ Charles S. Beal

G:\CSB\OCEANSTATE\THUNBERG USBC\PLDGS 02-1046\NOTICEOFAPPEAL.DOC

# EXHIBIT A

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401) 626-3100*

---

In Re: **Bruce E. Thunberg**

Debtor(s)

BK No. **1:00-bk-12818**

Chapter **7**

AP No. **1:02-ap-01046**

**Lisa A. Geremia** et al
Plaintiff(s)

v.

**Wakefield Mill Building, Inc.** et al
Defendant(s)

Judge: **Arthur N. Votolato**

---

# JUDGMENT

In accordance with Fed. R. Bankr. P. 9021, and for the reasons set forth in the Order issued by the Honorable Arthur N. Votolato, United States Bankruptcy Judge, on 9/27/2007 , Judgment is hereby entered.

Judgment #: 1:02-ap-01046 – 206 – 205

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **9/27/07**
Document Number: **206 - 205**

By: **cs**
Deputy Clerk

judgmentap.jsp Form 411

061833