RECEIVED

OCT 12 2007

Property of U.S. District Court
District of Rhode Island

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | |
| BRUCE E. THUNBERG<br>Debtor | : | BK No. 00-12818<br>Chapter 7 |
| | : | |
| LISA A. GEREMIA, Trustee<br>Plaintiff | : | |
| v. | : | A.P. No. 02-1046 |
| WAKEFIELD MILL BUILDING, INC.<br>Defendant | : | |

- - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

Upon review of our Decision and Order dated May 16, 2006, Doc. No. 122, the Auditor's Report, Doc. No. 191, the responses to the Auditor's Report, and considering the arguments set forth on the record on March 8, 2007, the Court accepts and adopts the findings and conclusions of the Auditor as set forth in his Report and as detailed on the record at the March 8, 2007 hearing. Additionally, the Court accepts and adopts the Auditor's conclusions that Mr. Thunberg had a 49% interest in the Wakefield Mill Properties Partnership from its inception through May 31, 1996, and a 20.64% interest in the Partnership from June 1, 1996 through December 31, 2006.

Because it is apparent that this bankruptcy case will never produce sufficient assets to pay all creditors in full, the stays imposed in the adversary proceedings concerning the Debtor's discharge (A.P. Nos. 01-1026 & 02-1026) are VACATED and the parties

BK No. 00-12818; A.P. No. 02-1046

in those cases are ORDERED to file a Joint Pre-Trial Order within 14 days.

Enter judgment consistent with this order.

Dated at Providence, Rhode Island, this 27th day of September, 2007.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 9/27/2007

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

In Re: **Bruce E. Thunberg**

Debtor(s)

BK No. **1:00-bk-12818**

Chapter **7**

AP No. **1:02-ap-01046**

**Lisa A. Geremia** et al
Plaintiff(s)

v.

**Wakefield Mill Building, Inc.** et al
Defendant(s)

Judge: **Arthur N. Votolato**

***JUDGMENT***

In accordance with Fed. R. Bankr. P. 9021, and for the reasons set forth in the Order issued by the Honorable Arthur N. Votolato, United States Bankruptcy Judge, on 9/27/2007 , Judgment is hereby entered.

Judgment #: 1:02–ap–01046 – 206 – 205

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **9/27/07**
Document Number: **206 - 205**

By: **cs**
Deputy Clerk

judgmentap.jsp Form 411