| | | |
|---|---|---|
| 02/14/2005 | 105 | Trial HELD AND CONTINUED: (related document(s)1 Complaint). APPEARANCES: Famiglietti, Beal. Continued exam of Thunberg by Famiglietti. Cross by Beal. Matter continued to 2/15/2005 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/16/2005) |
| 02/15/2005 | 106 | Trial HELD AND CONTINUED (related document(s)1 Complaint). APPEARANCES: Famiglietti, Beal. Continued cross of Thunberg by Beal. Matter continued to 2/17/2005 at 02:00 PM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/16/2005) |
| 02/16/2005 | | Satisfy a Deadline (related document(s)1 Complaint). Hearing deadlines have been terminated. Matter continued to 2/17/2005. (Sweeney, Carolyn) (Entered: 02/16/2005) |
| 02/17/2005 | 107 | Trial HELD AND CONTINUED: 1 Complaint). APPEARANCES: Famiglietti, Beal. Beal makes oral motion to dismiss. Objection by Famiglietti. Court found dismissal was not appropriate at this time and reserved ruling on the motion. Beal called Steven Lima. Beal offered exhibits 14-16 and they are accepted as full exhibits. Beal offered exhibit #47 and #48 as they are accepted as full. Beal offered additional exhibits #60 (Lima's work papers from '92); #61 (Loan closing statement); #62 (Analysis of "Due from Partners Account"); #63 (Page 2 of exhibit #62). All exhibits accepted as full. Famiglietti began cross of Lima. Famiglietti marked as Exhibit YYYY, Lima's 1992 Audit Report. Matter continued to 2/22/2005 at 08:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/18/2005) |
| 02/18/2005 | | Satisfy a Deadline (related document(s)1 Complaint). Trial held and continued. (Sweeney, Carolyn) (Entered: 02/18/2005) |
| 02/22/2005 | 108 | Trial HELD AND CONTINUED re: 1 Complaint). Famiglietti continued cross of Steven Lima, redirect by Beal. Recross by Famiglietti, redirect by Beal, recross by Famiglietti. Beal called Alan Pearlman, cross by Famiglietti. Beal called Roy Dubs, cross by Famiglietti, redirect by Beal. Beal called John Conforti. Famiglietti conducted voire dire on Mr. Conforti's ability to give information about exhibit #65. After voire dire, Court found exhibit #65 was not admissable. Beal continued direct of Conforti. Exhibits ZZZZ (Assignment of mortgage) and AAAAA(Invoice) were offered by Famiglietti and accepted as full exhibits by the Court. Exhibit #64 (Prime Rate Printout) was offered by Beal and accepted by the Court as full. Exhibits 65, 66, and 67 were marked by Beal but not offered. As to #65, the Court found it was not admissable after Voire Dire. Matter continued to 2/23/2005 at 11:00 AM at 6th Floor Courtroom. Trial continued to 2/23/2005 at 11:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/24/2005) |
| 02/23/2005 | 109 | Trial re: 1 Complaint. Due to illness of Attorney Famiglietti, a continuance was requested telephonically and court granted the request. Matter continued to 3/1/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/24/2005) |

| | | |
|---|---|---|
| 02/24/2005 | | Satisfy a Deadline (related document(s)1 Complaint). Trial date has been continued to 3/1/2005. (Sweeney, Carolyn) (Entered: 02/24/2005) |
| 03/01/2005 | 110 | Trial HELD AND CONTINUED: 1 Complaint). APPEARANCES: Beal, Famiglietti. Famiglietti continued cross of Conforti. Beal calls Marc Pearlman. Beal offers Exhibit #68 (Letter from OSJ to Attorney Dub with First Amendment to Partnership Agreement Attached). Exhibit is full. Cross by Famiglietti. Both sides rest. Matter continued to March 3 at 11:00 a.m. to resolve any disputes over which exhibits are full. Parties to submit briefs and proposed findings of fact and conclusions of law by March 17, 2005, with a limit of 20 pages. Parties have until March 23 to file any reply briefs. Parties are to supply Court with one complet binder of all exhibits labeled and tabbed. Trial continued to 3/3/2005 at 11:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 03/02/2005) |
| 03/02/2005 | | Satisfy a Deadline (related document(s)1 Complaint). Trial date has been updated. (Sweeney, Carolyn) (Entered: 03/02/2005) |
| 03/03/2005 | | Hearing Held re 1 Complaint). APPEARANCES: Beal Famiglietti . Court heard argument on the following exhibits and made the following rulings. Exhibit QQ - only the letter is allowed, attached appraisal is not allowed; TTT - allowed as filed without last two pages; EEEE, not allowed; GGGG, not allowed; HHHH, not allowed, KKKK no ruling, parties to look at record and to see if this was addressed during the hearing; LLLL, allowed as full; OOOO, not allowed. Parties to provide the Court a new binder of all exhibits, tabbed and indexed by 3/19/05. (Cory, Lucinda) (Entered: 03/04/2005)Briefs due by: 3/17/2005, Reply brief due by 3/24/05. Then matter under advisement. (Cory, Lucinda) (Entered: 03/04/2005) |
| 03/16/2005 | 111 | Motion to Extend Time until 4/4/2005 to to file post-trial memoranda Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 03/16/2005) |
| 03/16/2005 | | Clerk's Office Action re: 111 Motion to Extend Time filed by Defendant Wakefield Mill Building, Inc.. Action Due: 3/16/2005. Please grant the motion. Thank you. (Calianos, Jonathan) (Entered: 03/16/2005) |
| 03/16/2005 | 112 | Order Granting Motion to Extend Time 4/4/2005 to file briefs. Reply brief fue by 4/11/2005. Updated Deadline Due By:4/4/2005. (Sweeney, Carolyn) (Entered: 03/16/2005) |
| 03/18/2005 | 113 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 112 Order on Motion to Extend Time) Service Date 03/18/2005. (Admin.) (Entered: 03/19/2005) |
| 04/04/2005 | 114 | Stipulation By Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc. extending the time to file briefs (related document(s)1 Complaint). Filed by Debtor Bruce E. Thunberg, Defendant Wakefield Mill |

| | | |
|---|---|---|
| | | Building, Inc. (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/05/2005 | | Corrective Entry *Incorrect file date information. Filed date and applicable deadlines corrected. Document was filed on 4/4/2005.* (related document(s)114 Stipulation filed by Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc.). . (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/05/2005 | | Clerk's Office Action re: 114 Stipulation filed by Debtor Bruce E. Thunberg, Defendant Wakefield Mill Building, Inc.. Action Due: 4/5/2005. Please approve the stip. Thank you. (Calianos, Jonathan) (Entered: 04/05/2005) |
| 04/05/2005 | 115 | Order Approving (#114 Stipulation extending time for parties to submit briefs) (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/05/2005 | | Judge's Deadlines Updated (related document(s)1 Complaint). (related document(s)1 Complaint). Briefs due by 4/6/2005. (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/05/2005 | | Satisfy a Deadline (related document(s)112 Order on Motion to Extend Time). Deadline for briefs has been updated - see order (115). (Sweeney, Carolyn) (Entered: 04/05/2005) |
| 04/06/2005 | | Judge's Deadlines Updated (related document(s)1 Complaint). (related document(s)1 Complaint). Reply Brief due by 4/13/2005, then matter under advisement. (Sweeney, Carolyn) (Entered: 04/06/2005) |
| 04/06/2005 | 116 | Brief/Post Trial Memorandum (related document(s)1 Complaint). Filed by Debtor Bruce E. Thunberg, Plaintiff Marc D. Wallick. (Sweeney, Carolyn) (Entered: 04/06/2005) |
| 04/06/2005 | 117 | Document-Proposed Findings of Fact of the trustee and the debtor (related document(s)1 Complaint). Filed by Debtor Bruce E. Thunberg, Plaintiff Marc D. Wallick. (Sweeney, Carolyn) (Entered: 04/06/2005) |
| 04/06/2005 | | Satisfy a Deadline (related document(s)1 Complaint). Brief/Post Trial Memorandum filed - see doc 116. (Sweeney, Carolyn) (Entered: 04/06/2005) |
| 04/06/2005 | 118 | Brief/Proposed Findings of Fact and Conclusions of Law (related document(s)1 Complaint). Filed by Defendant Wakefield Mill Building, Inc. (Sweeney, Carolyn) (Entered: 04/06/2005) |
| 04/07/2005 | 119 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 115 Order) Service Date 04/07/2005. (Admin.) (Entered: 04/08/2005) |
| 04/15/2005 | 120 | Brief/Reply to 118 Proposed Findings of Fact filed by Defendant Wakefield Mill Building, Inc. , Filed by Debtor Bruce E. Thunberg , Plaintiff Marc D. Wallick . (Cory, Lucinda) (Entered: 04/18/2005) |

| | | |
|---|---|---|
| 04/15/2005 | 121 | Reply Filed by Defendant Wakefield Mill Building, Inc. re 117 Proposed Findings of Fact filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg). (DAgostino, Holly) (Entered: 04/18/2005) |
| 04/18/2005 | | Law Clerk Deadline (related document(s)1 Complaint). Appears all memos have been filed; okay to put the case under advisement? Law Clerk Action Due:4/19/2005. (Cory, Lucinda) (Entered: 04/18/2005) |
| 04/18/2005 | | Law Clerk Deadline (related document(s)118 Proposed Findings of Fact filed by Defendant Wakefield Mill Building, Inc., 120 Brief filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg, 117 Proposed Findings of Fact filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg, 121 Reply filed by Defendant Wakefield Mill Building, Inc.). Am not too familiar with this case anymore. Is this all we need for the matter to go u/a? Also, does the objection to claim in the BK go under advisement now? Law Clerk Action Due:4/19/2005. (DAgostino, Holly) (Entered: 04/18/2005) |
| 04/22/2005 | | Clerk's Office Action re: 118 Brief filed by Defendant Wakefield Mill Building, Inc., 120 Brief filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg, 117 Document filed by Plaintiff Marc D. Wallick, Debtor Bruce E. Thunberg, 121 Reply filed by Defendant Wakefield Mill Building, Inc.. Action Due: 4/22/2005. This matter and Objection to Claim my go U/A now. Please print the reply briefs and put them on my chair on top of the big box of exhibits for the Judge. Thank you. (Calianos, Jonathan) (Entered: 04/22/2005) |
| 04/27/2005 | | Matter Under Advisement Re: 1 Complaint. Status Check re Matter Under Advisement on 6/27/2005. (Sweeney, Carolyn) (Entered: 04/27/2005) |
| 04/27/2005 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due., , ). . (Sweeney, Carolyn) (Entered: 04/27/2005) |
| 05/11/2005 | | Matter Under Advisement Re:(related document:1 Complaint). Status Check re Matter Under Advisement on 7/11/2005. (McCurdy, Michelle) (Entered: 05/11/2005) |
| 05/11/2005 | | Law Clerk Deadline (related document(s)1 Complaint). Law Clerk Action Due:5/12/2005. (Sweeney, Carolyn) (Entered: 05/11/2005) |
| 07/14/2005 | | Law Clerk Deadline (related document(s)1 Complaint). Jon, the matter under advisement deadline has expired. Do you want me to update it? Law Clerk Action Due:7/14/2005. (Sweeney, Carolyn) (Entered: 07/14/2005) |
| 07/15/2005 | | Clerk's Office Action re: 1 Complaint. Action Due: 7/15/2005.Please update 60 days. Thank you. (Calianos, Jonathan) (Entered: 07/15/2005) |
| 07/18/2005 | | UPDATE Matter Under Advisement Re:(related document:1 Complaint) (related document(s)1 Complaint). . Status Check re Matter Under |

| | | |
|---|---|---|
| | | Advisement on 9/16/2005. (DAgostino, Holly) (Entered: 07/18/2005) |
| 07/19/2005 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due.). Matter under advisement updated per instructions (DAgostino, Holly) (Entered: 07/19/2005) |
| 09/20/2005 | | Law Clerk Deadline (related document(s) 1 Complaint). Jon, the matter under advisement deadline has expired. Do you want me to update this deadline? If so, for how long? Law Clerk Action Due: 9/21/2005. (Sweeney, Carolyn) (Entered: 09/20/2005) |
| 09/26/2005 | | Clerk's Office Action re: 1 Complaint. Action Due: 9/26/2005. Please update 60 days. Thank you. (Calianos, Jonathan) (Entered: 09/26/2005) |
| 09/29/2005 | | UPDATED Matter Under Advisement Re: 1 Complaint. Status Check re Matter Under Advisement on 11/28/2005. (Sweeney, Carolyn) (Entered: 09/29/2005) |
| 09/29/2005 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due.) Matter under advisement deadline updated. (Sweeney, Carolyn) (Entered: 09/29/2005) |
| 11/29/2005 | | Law Clerk Deadline (related document(s)1 Complaint). Jon, the matter under advisement deadline has expired. Do you want me to update it? Law Clerk Action Due:11/29/2005. (Sweeney, Carolyn) (Entered: 11/29/2005) |
| 12/01/2005 | | Clerk's Office Action re: 1 Complaint. Action Due: 12/1/2005. Please update 60 days. Decision is in draft. Thank you. (Calianos, Jonathan) (Entered: 12/01/2005) |
| 12/05/2005 | | Matter Under Advisement Re: 1 Complaint. Status Check re Matter Under Advisement on 2/3/2006. (Sweeney, Carolyn) (Entered: 12/05/2005) |
| 12/05/2005 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due). Matter under advisement deadline updated. (Sweeney, Carolyn) (Entered: 12/05/2005) |
| 02/09/2006 | | Law Clerk Deadline (related document(s)1 Complaint). Jon, the matter under advisement deadline has expired. Should I update it? Law Clerk Action Due:2/9/2006. (Sweeney, Carolyn) (Entered: 02/09/2006) |
| 02/13/2006 | | Clerk's Office Action re: 1 Complaint. Action Due: 2/13/2006. Matter is drafted and being edited. Please updat 60 days. Thank you (Calianos, Jonathan) (Entered: 02/13/2006) |
| 02/14/2006 | | Updated Matter Under Advisement Re: 1 Complaint. Status Check re Matter Under Advisement on 4/17/2006. (Sweeney, Carolyn) (Entered: 02/14/2006) |

| | | |
|---|---|---|
| 02/14/2006 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due). Deadline terminated. Matter under advisement deadline has been updated. (Sweeney, Carolyn) (Entered: 02/14/2006) |
| 04/18/2006 | | Law Clerk Deadline (related document(s)1 Complaint). Jon, the matter under advisement deadline has expired. Law Clerk Action Due:4/18/2006. (Sweeney, Carolyn) (Entered: 04/18/2006) |
| 04/19/2006 | | Clerk's Office Action re: 1 Complaint. Action Due: 4/19/2006. Please update 30 days. Decision should issue any day. Thank you. (Calianos, Jonathan) (Entered: 04/19/2006) |
| 04/20/2006 | | Updated Matter Under Advisement Re: (related document: 1 Complaint) Status Check re Matter Under Advisement on 5/22/2006. (Sweeney, Carolyn) (Entered: 04/20/2006) |
| 04/20/2006 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due). Matter under advisement deadline updated. (Sweeney, Carolyn) (Entered: 04/20/2006) |
| 05/16/2006 | 122 | Findings of Fact, Conclusions of Law and Order Appointing Independent Auditor re: 1 Complaint. Order also schedules a status conference for 6/28/2006 at 10:00 a.m. SEE ORDER FOR DETAILS. (Sweeney, Carolyn) (Entered: 05/16/2006) |
| 05/16/2006 | 123 | Hearing Set (related document(s) 122 Findings of Fact, Conclusions of Law and Order Appointing Independent Auditor). Status hearing to be held on 6/28/2006 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 05/16/2006) |
| 05/18/2006 | 124 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 123 Hearing) Service Date 05/18/2006. (Admin.) (Entered: 05/19/2006) |
| 05/18/2006 | 125 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 122 Conditional Order) Service Date 05/18/2006. (Admin.) (Entered: 05/19/2006) |
| 05/25/2006 | 126 | Notice of Appeal. Receipt Number 64222, Fee Amount $255 Filed by Wakefield Mill Building, Inc. (related document(s)122 Conditional Order). Appellant Designation due by: 6/5/2006. (Attachments: # 1 Receipt)(Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/25/2006 | 127 | Appellant District Court Election Filed by Wakefield Mill Building, Inc. (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). (Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/25/2006 | 128 | Motion To Stay Pending Appeal Filed by Defendant Wakefield Mill Building, Inc. (related document(s)122 Conditional Order). (Attachments: # 1 |

| | | |
|---|---|---|
| | | Memorandum of Law) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/25/2006 | | Law Clerk Deadline (related document(s)128 Motion To Stay Pending Appeal filed by Defendant Wakefield Mill Building, Inc.). . Law Clerk Action Due:5/25/2006. (Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/25/2006 | 129 | Court Notice (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). (Sweeney, Carolyn) (Entered: 05/25/2006) |
| 05/25/2006 | | Clerk's Office Action re: 128 Motion To Stay Pending Appeal, filed by Defendant Wakefield Mill Building, Inc.. Action Due: 5/25/2006. Please set an objection deadline of 6/2 and notify the parties. Thank you. (Calianos, Jonathan) (Entered: 05/25/2006) |
| 05/26/2006 | | Objection/Response Deadline Updated (related document(s)128 Motion To Stay Pending Appeal filed by Defendant Wakefield Mill Building, Inc.). Objections to Motion Due: 6/2/2006. (Parties notified by telephone). (Sweeney, Carolyn) (Entered: 05/26/2006) |
| 05/26/2006 | 130 | Court Notice (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). Notice of appeal and related documents sent to U.S. District Court. (Sweeney, Carolyn) (Entered: 05/26/2006) |
| 05/27/2006 | 131 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 129 Court Notice) Service Date 05/27/2006. (Admin.) (Entered: 05/28/2006) |
| 05/28/2006 | 132 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 130 Court Notice) Service Date 05/28/2006. (Admin.) (Entered: 05/29/2006) |
| 05/31/2006 | 133 | Motion Substitute Party/Plaintiff Filed by Plaintiff Lisa A. Geremia. Objections to Motion Due: 6/13/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Geremia, Lisa) (Entered: 05/31/2006) |
| 05/31/2006 | 134 | Motion to Extend Time until June 14, 2006 to For Parties to Agree Upon the Appointment of an Independent Auditor Filed by Plaintiff Lisa A. Geremia (related document(s)122 Conditional Order). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Geremia, Lisa) (Entered: 05/31/2006) |
| 06/01/2006 | | Law Clerk Deadline (related document(s) 133 Motion to Substitute Party/Plaintiff filed by Plaintiff Lisa A. Geremia). Jon, should this be granted now or do you want the objection deadline of 6/13 to run? Law Clerk Action |

| | | |
|---|---|---|
| | | Due:6/1/2006. (Sweeney, Carolyn) (Entered: 06/01/2006) |
| 06/01/2006 | 135 | Motion to Extend Time until June 16, 2006 to File Objection to Wakefield Building, Inc.'s Emergency Motion for Stay Pending Appeal of the Court's Order Appointing and Independent Auditor Filed by Plaintiff Lisa A. Geremia (related document(s)128 Motion To Stay Pending Appeal, filed by Defendant Wakefield Mill Building, Inc.). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Geremia, Lisa) (Entered: 06/01/2006) |
| 06/01/2006 | | Clerk's Office Action re: 133 Generic Motion, filed by Plaintiff Lisa A. Geremia, 134 Motion to Extend Time, filed by Plaintiff Lisa A. Geremia, 135 Motion to Extend Time, , filed by Plaintiff Lisa A. Geremia. Action Due: 6/1/2006. Please check with the Defendant to see if they have any objection to these motions. If no objection, all three may be granted. Thank you. (Calianos, Jonathan) (Entered: 06/01/2006) |
| 06/05/2006 | 136 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Charles S. Beal on behalf of Wakefield Mill Building, Inc. (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). Appellee designation due by 6/15/2006. Transmission of Designation Due by 7/5/2006. (Beal, Charles) (Entered: 06/05/2006) |
| 06/05/2006 | 137 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Charles S. Beal on behalf of Wakefield Mill Building, Inc. (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). Appellee designation due by 6/15/2006. Transmission of Designation Due by 7/5/2006. (Beal, Charles) (Entered: 06/05/2006) |
| 06/05/2006 | 138 | Statement of Issues on Appeal, Filed by Charles S. Beal on behalf of Wakefield Mill Building, Inc. (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.). (Beal, Charles) (Entered: 06/05/2006) |
| 06/06/2006 | 139 | Document terminated -136 Appellant Designation filed by Defendant Wakefield Mill Building, Inc.). Per telephone call from attorney's office, this document does not contain signatures. Document has been re-filed - see doc 137. (Sweeney, Carolyn) (Entered: 06/06/2006) |
| 06/06/2006 | | Oral Response/No objection Filed by Charles S. Beal to 133 Motion to Substitute Party/Plaintiff, 134 Motion to Extend Time, 135 Motion to Extend Time. (Sweeney, Carolyn) (Entered: 06/06/2006) |
| 06/06/2006 | 140 | Order Granting Motion to Substitute Party/Plaintiff filed by Lisa A. Geremia (related document(s)133 Generic Motion, ). (Sweeney, Carolyn) (Entered: 06/06/2006) |

| | | |
|---|---|---|
| 06/06/2006 | 141 | Terminated party: Marc D. Wallick terminated. (See order grating Lisa A. Geremia's Motion to Substitue Party/Plaintiff - doc 140. (Sweeney, Carolyn) (Entered: 06/06/2006) |
| 06/06/2006 | 142 | Order Granting 134 Motion to Extend Time until 6/14/2006 for Parties to Agree Upone the Appointment of an Independant Auditor. Updated Deadline Due By: 6/14/2006. (Sweeney, Carolyn) (Entered: 06/06/2006) |
| 06/06/2006 | 143 | Order Granting 135 Motion to Extend Time until 6/16/2006 to file Objection to 128 Emergency Motion. Objections Due By:6/16/2006. (Sweeney, Carolyn) (Entered: 06/06/2006) |
| 06/06/2006 | | Satisfy a Deadline (related document(s) 128 Motion To Stay Pending Appeal filed by Defendant Wakefield Mill Building, Inc.). Objection deadline has been updated - see 143 Order granting Motion to Extend Time. (Sweeney, Carolyn) (Entered: 06/06/2006) |
| 06/06/2006 | | Status Deadline (related document(s) 137 Appellant Designation filed by Defendant Wakefield Mill Building, Inc.). Per attorney Beal, copies for the appellant designation to be filed within the next week. Status Check Due by:6/16/2006. (Sweeney, Carolyn) (Entered: 06/06/2006) |
| 06/08/2006 | 144 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 140 Generic Order) Service Date 06/08/2006. (Admin.) (Entered: 06/09/2006) |
| 06/08/2006 | 145 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 142 Order on Motion to Extend Time) Service Date 06/08/2006. (Admin.) (Entered: 06/09/2006) |
| 06/08/2006 | 146 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 143 Order on Motion to Extend Time) Service Date 06/08/2006. (Admin.) (Entered: 06/09/2006) |
| 06/08/2006 | 147 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 141 Terminate Party) Service Date 06/08/2006. (Admin.) (Entered: 06/09/2006) |
| 06/15/2006 | 148 | Motion to Extend Time until July 5, 2006 to Extend Time to Designate Additional Items to be Included in the Record on Appeal Filed by Plaintiff Lisa A. Geremia (related document(s)126 Notice of Appeal Filed by Wakefield Mill Building, Inc.) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Richardson, Andrew) Modified linkage on 6/16/2006 (McCurdy, Michelle). (Entered: 06/15/2006) |
| 06/16/2006 | | ECF Corrective Entry- Document is linked incorrectly. Linkage created to correct relationship. (related document(s)148 Motion to Extend Time filed by Plaintiff Lisa A. Geremia). (Sweeney, Carolyn) (Entered: 06/16/2006) |

| | | |
|---|---|---|
| 06/16/2006 | 149 | Notice of Appearance by Attorney and Request for Notice Filed by John Boyajian on behalf of Lisa A. Geremia. (Boyajian, John) (Entered: 06/16/2006) |
| 06/16/2006 | | Status Deadline (related document(s)137 Appellant Designation filed by Defendant Wakefield Mill Building, Inc.). Per Attorney Beal, copies for the appellant designation to be filed. Check for copies. Status Check Due by:7/3/2006. (Sweeney, Carolyn) (Entered: 06/16/2006) |
| 06/16/2006 | | Satisfy a Deadline (related document(s)137 Appellee Designation filed by Defendant Wakefield Mill Building, Inc.). Deadline terminated. Motion to extend time has been filed - see doc 148. (Sweeney, Carolyn) (Entered: 06/16/2006) |
| 06/16/2006 | | Clerk's Office Action re: 148 Motion to Extend Time, filed by Plaintiff Lisa A. Geremia. Action Due: 6/16/2006. Please grant the motion. Thank you.? (Calianos, Jonathan) (Entered: 06/16/2006) |
| 06/16/2006 | 150 | Motion to Extend Time until June 19, 2006 to Extend Time in Which to Object to Defendant's Motion for a Stay Pending Appeal Filed by Plaintiff Lisa A. Geremia (related document(s)128 Motion To Stay Pending Appeal, filed by Defendant Wakefield Mill Building, Inc.). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Harrington, Alden) (Entered: 06/16/2006) |
| 06/16/2006 | | Clerk's Office Action re: 150 Motion to Extend Time, filed by Plaintiff Lisa A. Geremia. Action Due: 6/16/2006. Please grant the motion. Thank you. (Calianos, Jonathan) (Entered: 06/16/2006) |
| 06/19/2006 | 151 | Order Granting 150 Motion to Extend Time until 6/19/2006 to object to 128 Motion to Stay Pending Appeal. Updated Deadline Due By:6/19/2006. (Sweeney, Carolyn) (Entered: 06/19/2006) |
| 06/19/2006 | | Satisfy a Deadline (related document(s)143 Order on Motion to Extend Time). Deadline has been updated - see doc 151. (Sweeney, Carolyn) (Entered: 06/19/2006) |
| 06/19/2006 | 152 | Order Granting 148 Motion to Extend Time until 7/5/2006 to Designate Additional Items to be included in the Record on Appeal. Updated Deadline Due By:7/5/2006. (Sweeney, Carolyn) (Entered: 06/19/2006) |
| 06/19/2006 | | Law Clerk Deadline (related document(s) 122 Conditional Order). Jon, according to this order, the parties were to appoint an independent auditor. The deadline has expired. Was this something that they were supposed to notify the court? FYI - there is a status hearing scheduled for 6/28. Law Clerk Action Due: 6/19/2006. (Sweeney, Carolyn) (Entered: 06/19/2006) |

| | | |
|---|---|---|
| 06/19/2006 | | Clerk's Office Action re: 142 Order on Motion to Extend Time, 122 Conditional Order. Action Due: 6/19/2006. Looks like they had until 6/14 to pick an expert. They have sought extensions until 7/5 on some open issues and it seems they are discussing settlement. Please check with the parties and see if they selected an expert or whether they are planning to seek another extension. Thank you. (Calianos, Jonathan) (Entered: 06/19/2006) |
| 06/19/2006 | 153 | Objection *to Defendant's Motion for a Stay Pending Appeal* Filed by Plaintiff Lisa A. Geremia re 128 Motion To Stay Pending Appeal, filed by Defendant Wakefield Mill Building, Inc.). (Attachments: # 1 Memorandum of Law in Support) (Richardson, Andrew) (Entered: 06/19/2006) |
| 06/20/2006 | | Law Clerk Deadline (related document(s) 128 Motion To Stay Pending Appeal filed by Defendant Wakefield Mill Building, Inc. 153 Objection filed by Plaintiff Lisa A. Geremia). Law Clerk Action Due: 6/20/2006. (Sweeney, Carolyn) (Entered: 06/20/2006) |
| 06/20/2006 | | Clerk's Office Action re: 153 Objection, filed by Plaintiff Lisa A. Geremia, 128 Motion To Stay Pending Appeal, filed by Defendant Wakefield Mill Building, Inc.. Action Due: 6/20/2006. Please set the matter for hearing. I think 6/28 is fine with staus hearing pending. Thank you. (Calianos, Jonathan) (Entered: 06/20/2006) |
| 06/21/2006 | | Law Clerk Deadline (related document(s)122 Conditional Order). Jon, per your clerk's office deadline of 6/19, I talked to Lisa Geremia. She said they are working on trying to get an auditor. If nothing happens before next week, she assumed it would be addressed at the 6/28 status hearing. Is that ok? Law Clerk Action Due: 6/21/2006. (Sweeney, Carolyn) (Entered: 06/21/2006) |
| 06/21/2006 | 154 | Hearing Set (related document(s) 128 Motion To Stay Pending Appeal filed by Defendant Wakefield Mill Building, Inc., 153 Objection filed by Plaintiff Lisa A. Geremia). Hearing scheduled for 6/28/2006 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 06/21/2006) |
| 06/21/2006 | | Clerk's Office Action re: 122 Conditional Order. Action Due: 6/21/2006. We can deal with the auditor at the 6/28 status conf. Thank you. (Calianos, Jonathan) (Entered: 06/21/2006) |
| 06/21/2006 | 155 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 151 Order on Motion to Extend Time) Service Date 06/21/2006. (Admin.) (Entered: 06/22/2006) |
| 06/21/2006 | 156 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 152 Order on Motion to Extend Time) Service Date 06/21/2006. (Admin.) (Entered: 06/22/2006) |
| 06/23/2006 | 157 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 154 |

| | | |
|---|---|---|
| | | Hearing (AP), Hearing (AP)) Service Date 06/23/2006. (Admin.) (Entered: 06/24/2006) |
| 06/27/2006 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due). No further action required. (Sweeney, Carolyn) (Entered: 06/27/2006) |
| 06/28/2006 | | Hearing Held (related document(s) 128 Motion To Stay Pending Appeal filed by Defendant Wakefield Mill Building, Inc., 153 Objection filed by Plaintiff Lisa A. Geremia). APPEARANCES: Geremia, Fmiglietti, Beal, Goldberg, Richardson. Beal argued the motion for a stay. Arguments by Richardson. Court ruled the motion for stay pending appeal is denied. (Sweeney, Carolyn) (Entered: 06/28/2006) |
| 06/28/2006 | | Status Hearing Held (re: 122 Conditional Order). APPEARANCES: Geremia, Famiglietti, Beal, Goldberg, Richardson. Beal and Richardson will try to agree on an independent auditor by Friday. If they can't agree, a new hearing may be set. (Sweeney, Carolyn) (Entered: 06/28/2006) |
| 06/28/2006 | 158 | Order Denying Motion To Stay Pending Appeal (Related Doc # 128) . (Sweeney, Carolyn) (Entered: 06/28/2006) |
| 06/28/2006 | | Status Deadline (related document(s)122 Conditional Order). Per status hearing held on 6/28/2006, parties to try to agree on an independent auditor. Check with parties. If they can't agree, check with chambers - matter may be set for a new hearing. Status Check Due by: 6/29/2006. (Sweeney, Carolyn) (Entered: 06/28/2006) |
| 06/30/2006 | 159 | Status Hearing Set (related document(s) 122 Conditional Order. Status hearing to be held on 7/5/2006 at 10:00 AM at 6th Floor Courtroom on issue of independent auditor. (Cory, Lucinda) (Entered: 06/30/2006) |
| 06/30/2006 | | Satisfy a Deadline (related document(s)122 Conditional Order). Status hearing reset. (Cory, Lucinda) (Entered: 06/30/2006) |
| 06/30/2006 | | Status Deadline (related document(s)122 Conditional Order). . Status Check Due by:6/30/2006. Parties emailed; Chambers requested a list of proposed candidates for the independent accountant by 4:00 p.m. on Monday, 7/3/06. (Cory, Lucinda) (Entered: 06/30/2006) |
| 06/30/2006 | 160 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 158 Order on Motion To Stay Pending Appeal) Service Date 06/30/2006. (Admin.) (Entered: 07/01/2006) |
| 07/02/2006 | 161 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 159 Hearing) Service Date 07/02/2006. (Admin.) (Entered: 07/03/2006) |

| | | |
|---|---|---|
| 07/03/2006 | 162 | Motion to Extend Time until 7/31/06 to designate additional items to be included in the record on appeal filed by Plaintiff Lisa A. Geremia (related document(s)126 Notice of Appeal filed by Defendant Wakefield Mill Building, Inc.) (Davis, Jennifer) (Entered: 07/03/2006) |
| 07/05/2006 | | Hearing Held APPEARANCES: Atty. Goldberg; Atty. Geremia; Atty. Beal; Atty. Berman . (related document(s)122 Conditional Order). Atty. Geremia gave details about the accountant, Geln Wherwhein, she would like appointed. She has the resume of this accountant but no resumes of any other accountants. Atty. Beal said his client wants all in-state auditor. Matter under advisement . (Lanni, Christine) (Entered: 07/05/2006) |
| 07/05/2006 | | Matter Under Advisement Re:(related document:122 Conditional Order) (related document(s)122 Conditional Order). . Status Check re Matter Under Advisement on 9/5/2006. (Lanni, Christine) (Entered: 07/05/2006) |
| 07/10/2006 | | Satisfy a Deadline (related document(s) 122 Conditional Order). Matter has been placed under advisement. (Sweeney, Carolyn) (Entered: 07/10/2006) |
| 07/21/2006 | 163 | Order Appointing Auditor (#122 Order re: Findings of Fact, Conclusions of Law and Order Appointing Independent Auditor) (Sweeney, Carolyn) (Entered: 07/21/2006) |
| 07/21/2006 | | Auditor Glen Wehrwein of Verdolino & Lowey PC added to case. (See order appointing auditor - doc 163). (Sweeney, Carolyn) (Entered: 07/21/2006) |
| 07/23/2006 | 164 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 163 Order) Service Date 07/23/2006. (Admin.) (Entered: 07/24/2006) |
| 07/31/2006 | | Clerk's Office Action re: 162 Motion to Extend Time filed by Plaintiff Lisa A. Geremia. Action Due: 7/31/2006. Please grant the motion. Thank you. (Calianos, Jonathan) (Entered: 07/31/2006) |
| 07/31/2006 | 165 | Order Granting Motion to Extend Time to 7/31/06 to file Desgination of Record re: 126 Notice of Appeal by Lisa A. Geremia. Updated Deadline Due By:7/31/2006. (DAgostino, Holly) (Entered: 07/31/2006) |
| 07/31/2006 | 166 | Transcript filed. Date of Hearing: 01/27/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 167 | Transcript filed. Date of Hearing: 02/03/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, |

| | | |
|---|---|---|
| | | Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 168 | Transcript filed. Date of Hearing: 02/04/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 169 | Transcript filed. Date of Hearing: 02/07/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 170 | Transcript filed. Date of Hearing: 02/08/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 171 | Transcript filed. Date of Hearing: 02/14/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 172 | Transcript filed. Date of Hearing: 02/15/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 173 | Transcript filed. Date of Hearing: 02/17/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 174 | Transcript filed. Date of Hearing: 02/22/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 175 | Transcript filed. Date of Hearing: 03/01/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, |

| | | |
|---|---|---|
| | | Inc., ) (Entered: 07/31/2006) |
| 07/31/2006 | 176 | Transcript filed. Date of Hearing: 03/03/2005. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public. Statement of Identifiers to be Redacted due by: 8/21/2006.(J and J Court Transcribers, Inc., ) (Entered: 07/31/2006) |
| 08/01/2006 | 177 | Court Notice to Parties of 5 day deadline for redaction (related document(s)166 Transcript,, 167 Transcript,, 176 Transcript,, 168 Transcript,, 169 Transcript,, 170 Transcript,, 171 Transcript,, 172 Transcript,, 173 Transcript,, 174 Transcript,, 175 Transcript, ). (related document(s)166 Transcript,, 167 Transcript,, 176 Transcript,, 168 Transcript,, 169 Transcript,, 170 Transcript,, 171 Transcript,, 172 Transcript,, 173 Transcript,, 174 Transcript,, 175 Transcript, ). . (DAgostino, Holly) (Entered: 08/01/2006) |
| 08/02/2006 | 178 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 165 Order on Motion to Extend Time) Service Date 08/02/2006. (Admin.) (Entered: 08/03/2006) |
| 08/16/2006 | | Satisfy a Deadline (related document(s) Notice of 7 day Redaction deadline and deadline for Redacted Identifers re: 175 Transcript, 167 Transcript, 173 Transcript, 171 Transcript, 176 Transcript, 168 Transcript, 166 Transcript, 169 Transcript, 174 Transcript, 172 Transcript, 170 Transcript). (Sweeney, Carolyn) (Entered: 08/16/2006) |
| 09/11/2006 | | Law Clerk Deadline (related document(s)122 Conditional Order). Jon, the matter under advisement deadline has expired. Should I update it? Law Clerk Action Due:9/11/2006. (Sweeney, Carolyn) (Entered: 09/11/2006) |
| 09/11/2006 | | Satisfy a Deadline (related document(s)137 Appellant Designation filed by Defendant Wakefield Mill Building, Inc., 165 Order on Motion to Extend Time, 152 Order on Motion to Extend Time). These deadlines terminated as appeal has been dismissed in District Court. (District Court case # 06-265) (Sweeney, Carolyn) (Entered: 09/11/2006) |
| 09/11/2006 | | Clerk's Office Action re: 163 Order, 122 Conditional Order. Action Due: 9/11/2006. I don't believe anything should be UA in this case. We are waiting for the Auditor to do his report. Auditor was appointed in # 163. Please get a status report from the Trustee. Thank you. (Calianos, Jonathan) (Entered: 09/11/2006) |
| 09/12/2006 | | Law Clerk Deadline (related document(s)122 Conditional Order). Sorry, Jon, this matter was place under advisement per the 7/5/06 hearing. Also, since this is an A.P. and there is no trustee, did you mean to get a status report from either atty. Goldberg or Boyajian, Harrington & Richardson? Law Clerk Action Due:9/12/2006. (Sweeney, Carolyn) (Entered: 09/12/2006) |

| | | |
|---|---|---|
| 09/12/2006 | | Clerk's Office Action re: 122 Conditional Order. Action Due: 9/12/2006. (Calianos, Jonathan)This AP was consolidated with other matters in the BK and I think another AP by the Trustee... either way, please get an update from the Trustee. Thank you. (Entered: 09/12/2006) |
| 09/13/2006 | 179 | Judge's Order Status Report From Plaintiff Lisa A. Geremia (re: 1 Complaint) Due by: 9/25/2006. (Sweeney, Carolyn) Modified text on 9/13/2006 (Sweeney, Carolyn). (Entered: 09/13/2006) |
| 09/15/2006 | 180 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 179 Order Requesting Position filed by Plaintiff Lisa A. Geremia) Service Date 09/15/2006. (Admin.) (Entered: 09/16/2006) |
| 09/18/2006 | 181 | Report (related document(s) 1 Complaint (02-1046) Marc D. Wallick vs. Wakefield Mill Building, Inc. NOS 454 Recover Money/Property). Filed by Plaintiff Lisa A. Geremia. (Geremia, Lisa) Modified linkage on 9/19/2006 (Sweeney, Carolyn). (Entered: 09/18/2006) |
| 09/19/2006 | | Corrective Entry *Document is linked incorrectly. Linkage created to correct relationship.* (related document(s)181 Report filed by Plaintiff Lisa A. Geremia). (Sweeney, Carolyn) (Entered: 09/19/2006) |
| 09/19/2006 | | Law Clerk Deadline (related document(s)181 Report filed by Plaintiff Lisa A. Geremia). Law Clerk Action Due:9/19/2006. (Sweeney, Carolyn) (Entered: 09/19/2006) |
| 09/19/2006 | | Clerk's Office Action re: 181 Report filed by Plaintiff Lisa A. Geremia. Action Due: 9/19/2006. Please set for a status hearing in mid November. Thank you. (Calianos, Jonathan) (Entered: 09/19/2006) |
| 09/22/2006 | 182 | Hearing Set (related document(s)181 Report filed by Plaintiff Lisa A. Geremia). Status hearing to be held on 11/16/2006 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 09/22/2006) |
| 09/22/2006 | | Satisfy a Deadline (related document(s) Clerk's Office Action Due.). Status report set for hearing. (Sweeney, Carolyn) (Entered: 09/22/2006) |
| 09/24/2006 | 183 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 182 Hearing) Service Date 09/24/2006. (Admin.) (Entered: 09/25/2006) |
| 11/09/2006 | 184 | Final Order By District Court/Bankruptcy Appellate Panel Judge William E. Smith, Re: Appeal on Civil Action Number/BAP Number: 06-265S withdrawing appeal re: 122 Conditional Order. (Sweeney, Carolyn) (Entered: 11/09/2006) |
| 11/16/2006 | 185 | Status Hearing HELD AND CONTINUED re: 1 Complaint. APPEARANCES: Beal, Thunberg, Geremia, Goldberg, Jalbert. Parties agree |

| | | |
|---|---|---|
| | | that Jalbert could give a status report. Jalbert gave details of the analysis he has been doing. He will do a spread sheet as the court appointed auditor and after that is complete, parties will review options. Status hearing continued to 12/21/2006 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 11/16/2006) |
| 11/17/2006 | | Satisfy a Deadline (related document(s)181 Report filed by Plaintiff Lisa A. Geremia). Hearing dealdine terminated. Hearing held and continued to 12/21/2006. (Sweeney, Carolyn) (Entered: 11/17/2006) |
| 11/18/2006 | 186 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 185 Hearing, ) Service Date 11/18/2006. (Admin.) (Entered: 11/19/2006) |
| 12/15/2006 | 187 | Motion to Continue Hearing On *Status of Case* Filed by Plaintiff Lisa A. Geremia (related document(s)1 Complaint ). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Geremia, Lisa) Modified linkage on 12/18/2006 (DAgostino, Holly). (Entered: 12/15/2006) |
| 12/18/2006 | | Law Clerk Deadline (related document(s)187 Motion to Continue/Reschedule Hearing, filed by Plaintiff Lisa A. Geremia). . Law Clerk Action Due:12/18/2006. (DAgostino, Holly) (Entered: 12/18/2006) |
| 12/18/2006 | | Clerk's Office Action re: 187 Motion to Continue/Reschedule Hearing, filed by Plaintiff Lisa A. Geremia. Action Due: 12/18/2006. Please grant the motion. Thank you. (Calianos, Jonathan) (Entered: 12/18/2006) |
| 12/18/2006 | 188 | Order Granting Motion To Continue/Reschedule Status Hearing (Related Doc # 187) (related document(s)1 Complaint). Status Hearing rescheduled for 1/31/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 12/18/2006) |
| 12/20/2006 | 189 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 188 Order on Motion to Continue/Reschedule Hearing) Service Date 12/20/2006. (Admin.) (Entered: 12/21/2006) |
| 12/20/2006 | 190 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 188 Order on Motion to Continue/Reschedule Hearing) Service Date 12/20/2006. (Admin.) (Entered: 12/21/2006) |
| 01/31/2007 | | Status Hearing Held re: 1 Complaint. APPEARANCES: Geremia, Richardson, Beal, Jalbert, Berman, Famigliotti. After hearing from Jalbert, report to be set for hearing. Once report is filed, hearing will be set for 3/8/2007 at 10:00 a.m. Written responses by 2/26/2007. (Sweeney, Carolyn) (Entered: 01/31/2007) |
| 01/31/2007 | | Status Deadline (related document(s)1 Complaint). Per status hearing held on |

| | | |
|---|---|---|
| | | 1/31/2007, an auditor's report is to be filed. When filed, set for hearing on 3/8/2007 at 10:00 a.m. Also, set deadline for written responses to the report which will be due by 2/26/2007. Status Check Due by:2/12/2007. (Sweeney, Carolyn) (Entered: 01/31/2007) |
| 02/02/2007 | 191 | Report (related document(s)163 Order). Filed by Auditor Glen Wehrwein. (Attachments: # 1 Exhibit A through F# 2 Exhibit Certificate of Service) (Geremia, Lisa) (Entered: 02/02/2007) |
| 02/05/2007 | 192 | Hearing Set (related document(s) 191 Report filed by Auditor Glen Wehrwein). Hearing scheduled for 3/8/2007 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 02/05/2007) |
| 02/05/2007 | | Status Deadline (related document(s)191 Report filed by Auditor Glen Wehrwein). Per hearing write up of 1/31/2007, parties have until 2/26/2007 to file written responses to this report. Check for responses. If none filed, note that for chambers. Status Check Due by: 2/26/2007. (Sweeney, Carolyn) (Entered: 02/05/2007) |
| 02/05/2007 | 193 | Declaration Re: Electronic Filing P.4 (related document(s) 191 Report filed by Auditor Glen Wehrwein). (Sweeney, Carolyn) (Entered: 02/05/2007) |
| 02/07/2007 | 194 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 192 Hearing (AP)) Service Date 02/07/2007. (Admin.) (Entered: 02/08/2007) |
| 02/26/2007 | 195 | Objection Filed by Defendant Wakefield Mill Building, Inc. re 191 Report filed by Auditor Glen Wehrwein). (Attachments: # 1 Exhibit Exhibit A) (Beal, Charles) (Entered: 02/26/2007) |
| 02/26/2007 | 196 | Motion to Extend Time until 2/27/2007 to Respond to Report of Independent Auditor Filed by Plaintiff Lisa A. Geremia, Debtor Bruce E. Thunberg (related document(s) 191 Report filed by Auditor Glen Wehrwein). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Sweeney, Carolyn) Modified party filers on 2/26/2007 (Sweeney, Carolyn). (Entered: 02/26/2007) |
| 02/26/2007 | | Clerk's Office Action re: 196 Motion to Extend Time, filed by Plaintiff Lisa A. Geremia, Defendant Wakefield Mill Building, Inc.. Action Due: 2/26/2007. Please grant the motion. Thank you. (Calianos, Jonathan) (Entered: 02/26/2007) |
| 02/26/2007 | | Corrective Entry ** (related document(s)196 Motion to Extend Time filed by Plaintiff Lisa A. Geremia, Defendant Wakefield Mill Building, Inc.). Incorrect party filer chosen. Pleading was filed by Plaintiff Lisa A. Geremia and debtor Bruce E. Thunberg, not Defendant Wakefield Mill Building Inc. Entry will be corrected. (Sweeney, Carolyn) (Entered: 02/26/2007) |

| | | |
|---|---|---|
| 02/26/2007 | 197 | Order Granting 196 Motion to Extend Time to respond to the Report of Independent Auditor. Responses Due By: 2/27/2007. (Sweeney, Carolyn) (Entered: 02/26/2007) |
| 02/26/2007 | 198 | Hearing Set TELEPHONICALLY (related document(s)196 Motion to Extend Time, filed by Plaintiff Lisa A. Geremia, Debtor Bruce E. Thunberg). . Hearing scheduled for 2/26/2007 at 04:30 PM (check with court for location). (Geraghty, Amy) (Entered: 02/26/2007) |
| 02/26/2007 | | Hearing Held TELEPHONICALLY 196 Motion to Extend Time, filed by Plaintiff Lisa A. Geremia, Debtor Bruce E. Thunberg). Appearances were Goldberg, Famiglietti, and Geremia. Geremia stated that she objected to the fact that the motion stated she consented when she was not even consulted but she has no substantive objection to the one day extension. Famiglietti stated that it was his error and he assumed the Trustee consented to the extension when Mr. Goldberg did not respond phone call. Famiglietti also stated that his agreement with Mr. Beal is that he would not read Beal's objection until after his response is filed and Mr. Famiglietti reiterated that promise to the Court. After argument, the court granted the motion. (Geraghty, Amy) (Entered: 02/26/2007) |
| 02/28/2007 | 199 | Response to 191 Report filed by Auditor Glen Wehrwein re: 163 Order. Filed by Debtor Bruce E. Thunberg (Sweeney, Carolyn) Filed on 2/27/2007. Modified file date on 2/28/2007 (Sweeney, Carolyn). (Entered: 02/28/2007) |
| 02/28/2007 | | Satisfy a Deadline (related document(s)197 Order on Motion to Extend Time). Response filed - see doc 199. (Sweeney, Carolyn) (Entered: 02/28/2007) |
| 02/28/2007 | | Clerk's Office Action re: 195 Objection filed by Defendant Wakefield Mill Building, Inc., 191 Report filed by Auditor Glen Wehrwein, 199 Response filed by Debtor Bruce E. Thunberg. Action Due: 2/28/2007. Please set these for hearing with the report on 3/8 and please be sure that the auditor has copies of these responses. Thank you. (Calianos, Jonathan) (Entered: 02/28/2007) |
| 02/28/2007 | 200 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 197 Order on Motion to Extend Time) Service Date 02/28/2007. (Admin.) (Entered: 03/01/2007) |
| 03/01/2007 | 201 | Hearing Set (related document(s)195 Objection filed by Defendant Wakefield Mill Building, Inc., 199 Response filed by Debtor Bruce E. Thunberg to 191 Report). Hearing scheduled for 3/8/2007 at 10:00 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 03/01/2007) |
| 03/01/2007 | | Law Clerk Deadline (related document(s)195 Objection filed by Defendant Wakefield Mill Building, Inc., 199 Response filed by Debtor Bruce E. Thunberg). Jon, FYI - per your clerk's office deadline of 2/28...Lisa Geremia |

| | | |
|---|---|---|
| | | informed me that the auditor did receive copies of the responses. Thanks. Law Clerk Action Due:3/1/2007. (Sweeney, Carolyn) (Entered: 03/01/2007) |
| 03/01/2007 | | Satisfy a Deadline (related document(s) Law Clerk Deadline., ). (Calianos, Jonathan) (Entered: 03/01/2007) |
| 03/03/2007 | 202 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 201 Hearing (AP), Hearing (AP)) Service Date 03/03/2007. (Admin.) (Entered: 03/04/2007) |
| 03/08/2007 | | Hearing Held re: 191 Report filed by Auditor Glen Wehrwein, 195 Objection filed by Defendant Wakefield Mill Building, Inc., 199 Response filed by Debtor Bruce E. Thunberg). APPEARANCES: Beal, Famiglietti, Jalbert, Geremia. Court heard arguments from Beal, Famiglietti and statements from the auditor, Craig Jalbert. Trustee Geremia gave a brief status report of the estate. After hearing from the parties, the court took the matter under advisement and will also deal with the percentage ownership issue raised by both sides. (Sweeney, Carolyn) (Entered: 03/13/2007) |
| 03/13/2007 | | Matter Under Advisement Re: 191 Report filed by Auditor Glen Wehrwein, 195 Objection filed by Defendant Wakefield Mill Building, Inc., 199 Response filed by Debtor Bruce E. Thunberg. Status Check re Matter Under Advisement on 5/14/2007. (Sweeney, Carolyn) (Entered: 03/13/2007) |
| 03/19/2007 | 203 | Exhibit re: 199 Response filed by Debtor Bruce E. Thunberg to 191 Report. (Sweeney, Carolyn) (Entered: 03/19/2007) |
| 03/19/2007 | | Law Clerk Deadline (related document(s)203 Exhibit). Jon, docs 191, 195 and 199 are under advisement. Attorney Famiglietti has since filed this exhibit. Any action needed? Law Clerk Action Due: 3/19/2007. (Sweeney, Carolyn) (Entered: 03/19/2007) |
| 03/20/2007 | | Clerk's Office Action re: 203 Exhibit. Action Due: 3/20/2007. Please hold until 3/30 and update U/A dealine. Thank you. (Calianos, Jonathan) (Entered: 03/20/2007) |
| 03/22/2007 | | Law Clerk Deadline (related document(s)203 Exhibit). Jon, I'm sorry, I'm confused by your clerk's office deadline of 3/20. You want me to hold the exhibit until 3/30 and then put it under advisement? Law Clerk Action Due:3/22/2007. (Sweeney, Carolyn) (Entered: 03/22/2007) |
| 03/22/2007 | | Clerk's Office Action re: 203 Exhibit. Action Due: 3/22/2007. I believe Wakefield Mill Buildings is going to file a response to this "Exhibit". Please hold until 3/30 to see if any responses are filed. If so, please set new law clerk deadline and reset U/A deadline. Thank you. (Calianos, Jonathan) (Entered: 03/22/2007) |

| | | |
|---|---|---|
| 03/23/2007 | | Status Deadline (related document(s)203 Exhibit to 199 Response to 191 Report). If any responses have been filed, send to chambers and reset u/a deadline. Status Check Due by: 3/30/2007. (Spaight, Linda) (Entered: 03/23/2007) |
| 04/04/2007 | 204 | Letter *in response to Attorney Famiglietti's letter on behalf of the Debtor dated March 15, 2007*. Filed by Defendant Wakefield Mill Building, Inc.. (Beal, Charles) (Entered: 04/04/2007) |
| 04/05/2007 | | Matter Under Advisement Re:(related document: 191 Report filed by Auditor Glen Wehrwein, 195 Objection filed by Defendant Wakefield Mill Building, Inc., 199 Response filed by Debtor Bruce E. Thunberg, 203 Exhibit, 204 Letter filed by Defendant Wakefield Mill Building, Inc. Status Check re Matter Under Advisement on 6/4/2007. (Spaight, Linda) (Entered: 04/05/2007) |
| 04/05/2007 | | Terminate Status Deadline (related document(s)203 Exhibit). See new matter u/a deadline set. (Spaight, Linda) (Entered: 04/05/2007) |
| 09/27/2007 | 205 | Order accepting and adopting the findings and conclusions of the Auditor set forth in his 191 Report and order re: 1 Complaint. See order for details. (Sweeney, Carolyn) Modified on 9/27/2007 (Sweeney, Carolyn). (Entered: 09/27/2007) |
| 09/27/2007 | 206 | Judgment re: order # 205 See order for details. Judgment #: J#02-1046-206-205 (Sweeney, Carolyn) (Entered: 09/27/2007) |
| 09/27/2007 | | Status Deadline (related document(s)205 Order). Appeal/Reconsideration deadline. If none filed, check to see if this case can be closed. Status Check Due by:10/9/2007. (Sweeney, Carolyn) (Entered: 09/27/2007) |
| 09/29/2007 | 207 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 206 Judgment) Service Date 09/29/2007. (Admin.) (Entered: 09/30/2007) |
| 09/29/2007 | 208 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 205 Order) Service Date 09/29/2007. (Admin.) (Entered: 09/30/2007) |
| 10/05/2007 | 209 | Notice of Appeal . Fee Amount $;255 Filed by Charles S. Beal on behalf of Wakefield Mill Building, Inc. (related document(s) 205 Order, 206 Judgment). Appellant Designation due by: 10/15/2007. (Attachments: # 1 Exhibit Exhibit A to Notice of Appeal)(Beal, Charles) Modified text on 10/9/2007 (Sweeney, Carolyn). (Entered: 10/05/2007) |
| 10/05/2007 | | Receipt of filing fee for Notice of Appeal(1:02-ap-01046) [appeal,ntcapl] ( 255.00). Receipt number 680834, amount $ 255.00. (U.S. Treasury) (Entered: 10/05/2007) |

| | | |
|---|---|---|
| 10/05/2007 | 210 | BAP Opt-Out Notice (related document(s)209 Notice of Appeal, filed by Defendant Wakefield Mill Building, Inc.). Filed by Charles S. Beal on behalf of Wakefield Mill Building, Inc. (related document(s)209 Notice of Appeal, filed by Defendant Wakefield Mill Building, Inc.). (Beal, Charles) (Entered: 10/05/2007) |