UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: BRUCE E. THUNBERG, Debtor | : : | Chapter 7<br>Bankruptcy Case No. 00-12818 |
| WAKEFIELD MILL BUILDING, INC., Appellant | : : : | |
| v. | : : | C.A. No. 07-379ML<br>(A.P. No. 02-1046) |
| LISA GEREMIA, Trustee, Appellee | : : | |

**WITHDRAWAL OF APPEAL**

Now comes Wakefield Mill Building, Inc., the Appellant in the above-referenced matter, and withdraws the Notice of Appeal that it filed with the United States Bankruptcy Court for the District of Rhode Island on October 5, 2007 in the herein matter.

WAKEFIELD MILL BUILDING, INC.,

By Its Attorneys,

/s/ Charles S. Beal

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: February 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February, 2008, a true copy of the within was sent, as indicated below, to the following:

VIA ECF TRANSMISSION

Stephen R. Famiglietti, Esq.
FAMIGLIETTI & CARLIN LTD.
132 Old River Road, Suite 205
Lincoln, RI 02865

VIA ECF TRANSMISSION

Robert D. Goldberg, Esq.
Goldberg Law Offices
226 Cottage Street, P.O. Box 557
Pawtucket, RI 02862-0557

VIA ECF TRANSMISSION

Andrew Richardson, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

VIA ECF TRANSMISSION

John P. Boyajian, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

VIA ECF TRANSMISSION

Alden C. Harrington, Esq.
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

VIA FIRST-CLASS MAIL

U.S. Trustee
10 Dorrance Street
Providence, RI 02903

/s/ Charles S. Beal

G:\CSB\OCEANSTATE\THUNBERG USBC\APPEAL 07-379ML\WITHDRAWAL.DOC